United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **AMERIS BANK D/B/A US PREMIUM FINANCE,** § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 5:24-CV-00077 |
| **DUBAI TRUCK LINES, INC.,** *et al.*, § § § | |
| Defendants. § | |

## ORDER

On September 25, 2024, Plaintiff moved for default judgment (Dkt. 11.) For the reasons discussed below, this Court **DENIES** Plaintiff's Motion (Dkt. 11.).

### Background

On May 7, 2024, Ameris Bank, doing business as US Premium Finance, ("Plaintiff") filed a complaint against Defendants Dubai Truck Lines, Inc. ("Dubai"), MCSS Transportation, Inc. ("MCSS"), Agave Truck Lines, Inc. ("Agave"), and Jorge Arce, Jr. ("Arce"). (Dkt. 1.) On August 7, 2024, the Court ordered Plaintiff to serve Defendants by August 23, 2024. (Dkt. 4.) After multiple attempts to serve Defendants, Plaintiff moved to substitute service. (Dkt. 5.) The Court granted Plaintiff's motion and extended the deadline to September 13, 2024. (Dkt. 6.) Service was subsequently executed as to all Defendants. (Dkts. 7–10.)

On September 25, 2024, Plaintiff moved for default judgment against all Defendants because they failed to timely plead or defend their suit. (Dkt. 11.) To date, Plaintiff has not made a Request for Clerk's Entry of Default against Defendants.

**Legal Standard**

"A default occurs when a defendant has failed to" timely plead or respond to a complaint. *N. Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996). If a defendant fails to plead or defend a lawsuit against him, the Clerk of the Court ("Clerk") must enter the defendant's default. FED. R. CIV. P. 55(A). Only after the Clerk enters the defendant's default may a plaintiff apply to the court for default judgment. FED. R. CIV. P. 55(B)(2). *N.Y. Life Ins. Co.*, 84 F.3d at 141.

**Discussion**

Plaintiff applied for Default Judgement, but the Clerk had not yet entered Defendant's default. (Dkt. 11.) Thus, Plaintiff's motion for default judgment is premature. *N.Y. Life Ins. Co.*, 84 F.3d at 141. Plaintiff may request a Clerk's Entry of Default and apply for default judgment after default is entered. FED. R. CIV. P. 55(B)(2). Therefore, the Motion for Default Judgement is **DENIED**.

SIGNED this December 2, 2024.

_____
Diana Saldaña
United States District Judge