IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **AMERIS BANK** | § | |
| **d/b/a US PREMIUM FINANCE,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:24-CV-00077** |
| | § | |
| **DUBAI TRUCK LINES, INC.,** | § | |
| **MCSS TRANSPORTATION, INC.,** | § | **JURY TRIAL** |
| **AGAVE TRUCK LINES, INC., AND** | § | |
| **JORGE ARCE, JR.,** | § | |
| | § | |
| **Defendants.** | § | |

### PLAINTIFF'S FIRST AMENDED MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Ameris Bank d/b/a US Premium Finance ("**Plaintiff**"), Plaintiff in the above-referenced proceeding, files this Motion for Default Judgment ("**Motion**") pursuant to Rule 55 of the Federal Rules of Civil Procedure and in support hereof would respectfully show the Court as follows:

1. Plaintiff filed its Original Complaint on May 7, 2024 ("**Complaint**").[1]

2. On August 23, 2024, the Court entered an Order for Defendants to be served by substituted service.[2]

3. Dubai Truck Lines, Inc. ("**Dubai**") was served by substituted service on August 26, 2024 by serving Jorge Arce, Jr., its registered agent, at 501 Martens Drive, Laredo, Texas 78041.[3]

---

[1] Dkt. 1.
[2] Dkt. 6.
[3] Dkt. 8.

4.   MCSS Transportation, Inc. ("**MCSS**") was served on August 26, 2024 by serving Jorge Arce, Jr., its registered agent, at 501 Martens Drive, Laredo, Texas 78041.[4]

5.   Agave Truck Lines, Inc. ("**Agave**") was served on August 26, 2024 by serving Jorge Arce, Jr., its registered agent, at 501 Martens Drive, Laredo, Texas 78041.[5]

6.   Jorge Arce, Jr. ("A**rce**," who along with Dubai, MCSS and Agave may be referred to as "**Defendants**") was served on August 26, 2024 at his home address of 501 Martens Drive, Laredo, Texas 78041.[6]

7.   As of the date of filing this Motion, Defendants have failed to plead or otherwise defend this lawsuit, and the time within which it was required to answer has expired. Therefore, Defendants are in default and the allegations in the Complaint are admitted.

8.   On December 4, 2024, the Clerk made an Entry of Default in this case.[7]

9.   Plaintiff's claim against Defendants is for a liquidated sum in the amount of Two Hundred Forty-Eight Thousand Six Hundred Sixty-Two and 51/100 Dollars ($248,662.51), as set forth in the Complaint and the Declaration of John Lippincott.[8]

10.   Plaintiff is entitled to default judgment against Defendants, jointly, and severally, in the principal amount of Two Hundred Forty-Eight Thousand Six Hundred Sixty-Two and 51/100 Dollars ($248,662.51), together with pre-judgment interest thereon at the maximum lawful interest rate per annum until paid and post-judgment interest at the maximum lawful rate from the date of judgment until paid. Additionally, Plaintiff is entitled to recover reasonable attorneys' fees

---

[4] Dkt. 10.
[5] Dkt. 7.
[6] Dkt. 9.
[7] Dkt. 16.
[8] Dkt. 1; Exhibit A.

in the amount of Four Thousand Nine Hundred and 00/100 Dollars ($4,900.00); costs of suit, and all writs and processes as may be necessary in the enforcement and collection of the judgment.[9]

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that this Court enter Judgment by Default against Defendants Jorge Arce, Jr., Dubai Truck Lines, Inc., MCSS Transportation, Inc. and Agave Truck Lines, Inc. for said debt in the principal sum of Two Hundred Forty-Eight Thousand Six Hundred Sixty-Two and 51/100 Dollars ($248,662.51), together with pre-judgment interest thereon at the maximum lawful interest rate per annum until paid, post-judgment interest at the maximum lawful rate from the date of judgment until paid, reasonable attorneys' fees as alleged above; costs of suit and for such other and further relief, both general and special, in law or in equity, to which Plaintiff may show it justly entitled.

---

[9] Exhibit B (Declaration of Todd Hoodenpyle as to Legal Services and Fees.

Respectfully submitted,

**SINGER & LEVICK, P.C.**

By:  /s/Todd A. Hoodenpyle
Todd A. Hoodenpyle
State Bar No. 00798265
hoodenpyle@singerlevick.com

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been electronically served on the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 4th day of December, 2024, and on any other parties as follows:

**Via Certified Mail R.R.R. #9589 0710 5270 1487 6546 91**
**And U.S. First Class Mail**

Jorge Arce, Jr.
Dubai Truck Lines, Inc.
MCSS Transportation, Inc.
Agave Truck Lines, Inc.
501 Martens Drive
Laredo, Texas 78041

 /s/Todd A. Hoodenpyle
Todd A. Hoodenpyle

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **AMERIS BANK**<br>**d/b/a US PREMIUM FINANCE,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **CIVIL ACTION NO. 5:24-CV-00077** |
| **DUBAI TRUCK LINES, INC.,**<br>**MCSS TRANSPORTATION, INC.,**<br>**AGAVE TRUCK LINES, INC., AND**<br>**JORGE ARCE, JR.,** | § § § § § § | **JURY TRIAL** |
| **Defendants.** | § | |

___

**DECLARATION OF TODD HOODENPYLE**
**AS TO LEGAL SERVICES AND FEES**
___

Pursuant to 28 U.S.C. § 1746, Todd Hoodenpyle McCord states as follows:

1. "My name is Todd Hoodenpyle, an attorney with the law firm of Singer & Levick, P.C. of Addison, Texas, the firm which represents Plaintiff Ameris Bank d/b/a US Premium Finance in the above-styled and numbered matter. I have personal knowledge of each of the matters and statements contained in this Declaration, and each is true and correct.

2. I have been licensed to practice law by the Supreme Court of the State of Texas since 1997 and do so primarily in Texas.

3. I am familiar with the charges of attorneys for like or similar services which are rendered in such cases as the above-captioned and numbered matter considering the time expended, the amount in controversy, the complexity of the case, the experience, reputation, ability and billing rates of the attorneys and staff involved, the expertise

required, and the other criteria upon which fees are based according to the State Bar of Texas rules and Texas Code of Professional Responsibility.

4. Based upon the above factors and a review of the time records of this law firm to date in this matter, a reasonable charge for the work necessary to represent the Plaintiff in connection with making demand on Defendants, communications with my client, preparing, filing and service of Plaintiff's Original Complaint, preparing Plaintiff's Motion for Substituted Service and related order, and the preparation of the Motion for Default Judgment, Declaration of Todd Hoodenpyle as to Legal Services and Fees, Declaration of John Lippincott, and preparate of the Judgment by Default, against Defendants Dubai Truck Lines, Inc., MCSS Transportation, Inc., Agave Truck Lines, Inc., and Jorge Arce, Jr., is at Four Thousand Nine Hundred and 00/100 Dollars ($4,900.00) through the Trial Court level, if this matter is resolved by default judgment.

5. Plaintiff has incurred costs of Three Thousand Eight Hundred Eleven and 74/100 Dollars ($3,811.74) for filing fees and service of process fees. Plaintiff incurred significant costs in locating and attempting to serve Defendants because Jorge Arce, Jr. evaded service."

6. I declare under penalty of perjury that the foregoing is true and correct."

SIGNED this 4th day of December, 2024.

/s/ Todd Hoodenpyle
TODD HOODENPYLE